No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

### Abstract of the Decision.

1. Animals, § 46*—*when recovery for dog bite excessive.* A verdict for two hundred dollars for injuries sustained by a dog bite, *held* excessive to the extent of one hundred dollars, where it appeared plaintiff received a small bite on the leg which healed without delay.

2. Animals, § 43*—*sufficiency of evidence.* In an action to recover for an injury resulting to plaintiff from a bite by defendants' dog, where plaintiff claimed she was bitten by the dog which was chained near the entrance of defendants' building when she went upon the premises to inquire concerning rooms for rent, and defendant asserted nonliability on the ground that plaintiff was a trespasser and also guilty of contributory negligence, *held* that a finding for plaintiff was sustained by the evidence.

---

### Henry L. Steinke, Plaintiff in Error, v. Julius Eisner, Defendant in Error.

### Gen. No. 19,001.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. John R. Caverly, Judge, presiding. Heard in this court at the March term, 1913. Affirmed. Opinion filed January 25, 1915.

### Statement of the Case.

Action by Henry L. Steinke against Julius Eisner to recover for money loaned and merchandise sold and delivered. Upon a trial without a jury, the testimony of plaintiff in support of his claim was contradicted categorically as to each item by the testimony of de-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

fendant. To reverse a judgment entered on a finding in favor of defendant, plaintiff prosecutes a writ of error.

FRANK FOSTER, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. TRIAL, § 286a*—*necessity of argument.* It is not error for the court trying a case without a jury to render a decision without requiring argument of counsel.

2. APPEAL AND ERROR, § 989*—*when disallowance of motion for nonsuit not presented for review.* Refusal of court to allow a motion to be made for a nonsuit is not presented for review where it does not appear from the record any attempt to make such a motion was made.

---

**Richard M. Saltonstall et al., Plaintiffs in Error, v. George H. Mead and The George H. Mead Agency, Inc., Defendants in Error.**

### Gen. No. 19,718.    (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRANK C. GRAHAM, Judge, presiding. Heard in this court at the October term, 1913. Reversed and judgment here with finding of fact. Opinion filed January 25, 1915.

### Statement of the Case.

Action of distress for rent, brought in the Municipal Court of Chicago by Richard M. Saltonstall and others

---

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.